Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorney for Plaintiff
Rachel Lobato

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>    Plaintiff,<br><br>    vs.<br><br>VEJAR'S, INC. dba VEJARS MEXICAN RESTAURANT & COCKTAIL LOUNGE, et al.,<br><br>    Defendants. | No. 1:15-cv-00729-AWI-SMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).


Date: August 21, 2015                    MOORE LAW FIRM, P.C.


                                         */s/ Tanya E. Moore*
                                         Tanya E. Moore
                                         Attorney for Plaintiff
                                         Rachel Lobato

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   August 24, 2015

SENIOR DISTRICT JUDGE